No. 765. GRAYSON SHOPS, INC. *v.* STONE. C. A. 2d Cir. Certiorari denied. *David Mackay* for petitioner. *Thomas A. Gaffney* for respondent.

No. 305, Misc. CHADWICK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 378, Misc. BUTLER *v.* CLEMMER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard L. Tedrow* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Joseph M. Howard* for respondent.

No. 478, Misc. TODD *v.* TODD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *M. Edward Buckley, Jr.* for petitioner.

No. 489, Misc. BUTLER *v.* PENIX, RECEIVER. C. A. 5th Cir. Certiorari denied.

No. 558, Misc. COHEN *v.* DECKER, ET AL. C. A. 5th Cir. Certiorari denied.

No. 562, Misc. LUCAS *v.* MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.

No. 564, Misc. MOHLER *v.* SMITH, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 580, Misc. D'OSTROPH *v.* UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT ET AL. C. A. 8th Cir. Certiorari denied.